UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN GARCIA,<br>    Plaintiff,<br><br>v.<br><br>ANTHONY SCOTT,<br>COMPLETE LABOR & STAFFING, LLC<br>and HOME DEPOT U.S.A., INC.,<br>    Defendants. | )<br>)<br>)<br>)    **C.A. NO. 1:19-cv-11686**<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**
**<u>COMPLETE LABOR & STAFFING, LLC</u>**

Pursuant to Fed. R. Civ. P. 7.1, the Defendant, Complete Labor & Staffing, LLC, states that it is a New Hampshire limited liability corporation, that it does not have any parent corporation and that no publically held corporation owns 10% or more of its stock.

Respectfully submitted,

COMPLETE LABOR & STAFFING, LLC,
Defendant,
By Its Attorney:

/s/ Syd Saloman
Syd A. Saloman    BBO #645267
ssaloman@melicklaw.com
Melick & Porter, LLP
One Liberty Square
Boston, MA 02109
Phone: 617-523-6200
Direct-dial: 617 502-9643

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of October, 2019, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to counsel of record.

/s/ Syd Saloman
Syd A. Saloman