# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BENJAMIN GARCIA, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:19-cv-11686 |
| ANTHONY SCOTT, COMPLETE LABOR & STAFFING, LLC, and HOME DEPOT U.S.A., INC., | ) |
| Defendants. | ) |

## JOINT PROPOSED PRETRIAL SCHEDULE

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties to the above captioned matter have conferred and hereby submit the following joint proposed pretrial schedule.

### I. PROPOSED AGENDA

The parties propose that the matters to be discussed at the status conference – the date of which is to be determined – will include but will not be limited to setting a schedule for discovery and the filing of pretrial motions.

### II. TRIAL BY JURY

Both parties request a trial by jury in this matter.

### III. JOINT DISCOVERY PLAN

A. The parties suggest 13 months for completion of all fact discovery, ending February 2021, which discovery is not, at this time, anticipated to exceed:

1. Twenty-five (25) interrogatories, pursuant to Fed. R. Civ. P. 33, including all discrete subparts; and

2. Ten deposition days upon oral examination by each party, pursuant to Fed. R. Civ. P. 30, not exceeding seven hours each, and no party or witness is anticipated to be deposed more than once, although it is acknowledged that the deposition of the defendants may require production of more than one witness.

B.     The parties suggest that the plaintiff disclose experts on or before October 15, 2020, that the defendants disclose experts on or before November 16, 2020. The defendants will depose the plaintiff's experts on or before December 5, 2020, and the plaintiff will depose the defendants' experts on or before January 1, 2021.

C.     The parties do not anticipate phased discovery to be desirable in this matter.

D.     The parties suggest a final pretrial conference in April 1, 2021, or 45 days from the date of any decision on a motion for summary judgment.

## IV.     PROPOSED SCHEDULE FOR FILING MOTIONS

The parties suggest the following schedule for filing motions:

A.     All motions made pursuant to Fed. R. Civ. P. 12, 15, 19 and 20 or any other such motions to add parties to the matter shall be filed by February 1, 2021.

B.     All discovery motions shall be made within the discovery period; and

C.     All motions made pursuant to Fed. R. Civ. P. 56 shall be filed by January 2, 2021.

## V.     CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), certifications signed by the parties and their counsel are submitted herewith, affirming that each party and each party's counsel have conferred with a view to establishing a budget for the costs of conducting the full course and alternatives to the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

## VI.     E-DISCOVERY

The parties are mindful of the inclusion of electronic documents in discovery and do not anticipate any significant issues relative thereto.

| | |
|---|---|
| Respectfully Submitted,<br>The Plaintiff, Benjamin Garcia, | Respectfully Submitted,<br>The Defendant, Home Depot USA, Inc., |
| By His Attorney, | By Their Attorney, |
| /s/ Steven M. Litner_____<br>James M. Merrigan, BBO No.635354<br>Steven M. Litner, BBO No. 630247<br>**Rawson Merrigan & Litner, LLP**<br>185 Devonshire Street, Suite 1100<br>Boston, MA 02110<br>Ph. (617) 348-0988<br>Fax (617) 348-0989<br>james.merrigan@RML-Lawyers.com<br>Steven.Litner@RML-Lawyers.com | /s/ Paul F. Lynch_____<br>Paul F. Lynch, BBO No.<br>**Sherry, Geller, Cain & Vachereau**<br>10 St. James Ave, 5th Floor<br>Boston, MA 02116<br>Ph. (617) 867-4761<br>Fax (603) 430-5608<br>Paul.Lynch@libertymutual.com |
| Respectfully Submitted,<br>Anthony Scott | Respectfully Submitted,<br>Complete Labor and Staffing, LLC, |
| | By Their Attorney, |
| _____ | _____<br>Syd A. Saloman, BBO No.<br>**Melick & Porter, LLP**<br>One Liberty Square, 7th Floor<br>Boston, MA 02109<br>Ph. (617) 523-6200<br>ssaloman@melicklaw.com |

# AFFIDAVIT OF SERVICE

The undersigned understands that the following counsel of record is registered on the court's ECF system and served upon the below listed attorney of record for each other party by regular mail on **January 7, 2020**. These individuals (1) will receive from the court electronic notification of the filing of the foregoing, **JOINT PROPOSED PRETRIAL SCHEDULE** filed via ECF on January 7, 2020; (2) will have access to this document through the court's website; and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Paul F. Lynch
**Sherry, Geller, Cain & Vachereau**
10 St. James Ave, 5th Floor
Boston, MA 02116
Ph. (617) 867-4761
Fax (603) 430-5608
Paul.Lynch@libertymutual.com
*Attorney for Defendant, Home Depot USA, Inc.*

Syd A. Saloman
**Melick & Porter, LLP**
One Liberty Square, 7th Floor
Boston, MA 02109
Ph. (617) 523-6200
ssaloman@melicklaw.com
*Attorney for Defendant, Complete Labor and Staffing, LLC*

Dated: /s/Steven M. Litner_____