UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUETTS
WESTERN DIVISION

CIVIL ACTION NO. 1:19CV11686-GAO

|   |   |
|---|---|
| BENJAMIN GARCIA, <br> Plaintiff <br><br> vs. <br><br> ANTHONY SCOTT, <br> COMPLETE LABOR & STAFFING, LLC, <br> And HOME DEPOT U.S.A., INC., <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT HOME DEPOT U.S.A., INC.'S OPPOSITION TO PLAINTIFF BENJAMIN GARCIA'S MOTION TO COMPEL HOME DEPOT U.S.A., INC. TO RESPOND T OTHE PLAINTIFF'S WRITTEN DISCOVERY REQUESTS

The Defendant, Home Depot U.S.A., Inc. hereby respectfully moves this Honorable Court to DENY the Plaintiff's Motion to Compel Discovery Responses. As grounds therefore, Defendant states the following:

This matter arises from an alleged July 15, 2016, assault and battery. Plaintiff, Benjamin Garcia, alleges that on or about the July 15, 2016, Defendant, Anthony Scott, viciously and without provocation, attacked and assaulted him, causing serious and disabling injuries. The attack allegedly occurred while both the Plaintiff and Defendant Scott were in the course of their respective employments on the property of Home Depot, U.S.A., Inc.

This matter was originally filed on or about June 13, 2019, in Plymouth Superior Court, but was later removed to the United States District Court for the State of Massachusetts on or about August 13, 2019. Initially appearing for the subject Defendant, Home Depot, U.S.A., Inc. was Kaitlin K. Smith, Esquire. However, on our about December 04, 2019, undersigned counsel entered a Notice of Appearance and took over for defense of Home Depot, U.S.A.. However, due to an

inadvertent miscommunication, undersigned defense counsel did not receive a copy of Plaintiff's discovery demands served on Defendant Home Depot, U.S.A., Inc. when it took over defense of Home Depot. Thereafter, on or about January 6th, 2020, counsel for Home Depot, U.S.A. went on medical leave and was out of the office on disability until approximately February 24th, 2020, rendering defense counsel unable to make much progress on its clients discovery responses.

    At this time Defendant has begun diligently working with its client in order to prepare responses to Plaintiff's discovery requests. Defendant brings this opposition in good faith, and expects that its responses to Plaintiff's discovery requests will soon be finalized. Accordingly, for the reasons set forth above, the Defendant respectfully requests that the Plaintiff's Motion to Compel be DENIED and Defendant be granted an additional 60 days to respond to Plaintiff's Request for Production of Documents.

Respectfully submitted,
Home Depot U.S.A., Inc.
By its Attorney,

/s/Paul F. Lynch
_____
Paul F. Lynch, Esquire
Law Offices of Sherry, Geller, Cain & Vachereau
10 St. James Avenue, 5th Floor
Boston, MA 02116
Tel No. (617) 867-4761
BBO No. 546011
Paul.Lynch@LibertyMutual.com

## ELECTRONIC CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 17, 2020.

/s/Paul F. Lynch
_____
Paul F. Lynch, Esquire
BBO#546011