# IN THE UNITED STATES COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:19-cv-11686 |
| | ) |
| ANTHONY SCOTT, | ) |
| COMPLETE LABOR & STAFFING, LLC, | ) |
| and HOME DEPOT U.S.A., INC., | ) |
| | ) |
| Defendants. | |

## PLAINTIFF, BENJAMIN GARCIA'S, MOTION TO WITHDRAW RULE 37 MOTION TO COMPEL DEFENDANT, COMPLETE LABOR & STAFFING, LLC

NOW COMES the Plaintiff, Benjamin Garcia, and moves this Honorable Court to withdraw Plaintiff's Rule 37 Motion to Compel written discovery requests directed at Defendant, Complete Labor & Staffing, LLC. Complete Labor & Staffing has since completed all written discovery and provided same to the Plaintiff.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court withdraw its Rule 37 Motion to Compel.

                                                  Respectfully Submitted,
                                                  The Plaintiff, Benjamin Garcia,
                                                  By His Attorney,


                                                  /s/ Katherine F. Hains
                                                  Katherine F. Hains, BBO No.699055
                                                  **Rawson Merrigan & Litner, LLP**
                                                  185 Devonshire Street, Suite 1100
                                                  Boston, MA 02110
                                                  Ph. (617) 348-0988
                                                  Fax (617) 348-0989
                                                  katherine.hains@rml-lawyers.com

# CERTIFICATE OF SERVICE

I, Katherine F. Hains, Attorney for the Plaintiff, do hereby certify that on this day, August 26, 2020, I have served the foregoing documents:

1. Withdrawal of Rule 37 Motion to Compel against Complete Labor & Staffing, LLC.

By delivering copies thereof via electronic and first-class mail to the following counsel of record:

Syd Saloman
Melick & Porter, LLP
One Liberty Square
Boston, MA 02109

Paul Lynch
Sherry, Geller, Cain & Vachereau
10 St. James Ave, 5th Floor
Boston, MA 02116

Anthony Scott
106 Wyman Street
Brockton, MA 02301

 

_____
Katherine F. Hains, BBO# 699055
**Rawson Merrigan & Litner, LLP**
185 Devonshire St, Ste 1100
Boston, MA 02110
P: (617)348-0988
F: (617)348-0989
Katherine.hains@rml-lawyers.com