# UNITED STATES COURT
# DISTRICT OF MASSACHUSETTS

|                                      | )                              |
|--------------------------------------|--------------------------------|
| **BENJAMIN GARCIA,**                 | )                              |
|                                      | )                              |
| **Plaintiff,**                       | )                              |
|                                      | ) CIVIL ACTION NO. 1:19-cv-11686 |
| v.                                   | )                              |
|                                      | )                              |
| **ANTHONY SCOTT,**                   | )                              |
| **COMPLETE LABOR & STAFFING, LLC,**  | )                              |
| **and HOME DEPOT U.S.A., INC.,**     | )                              |
|                                      |                                |
| **Defendants.**                      |                                |

## JOINT STATUS REPORT

Plaintiff and Defendants, through their undersigned counsel, submit the following Joint Status Report as required by the Court. Per the Court's order, the parties have conferred regarding the status of this litigation and submit the following statement. Due to the pandemic, depositions of the Plaintiff, a witness, Wally Goris, to the event that is the subject of this litigation, and of persons most knowledgeable of the respective corporate Defendant's, have been continued. The Plaintiff is scheduled to be deposed on October 14, 2020. The Parties anticipate that the depositions of Mr. Goris and persons most knowledgeable from the corporate Defendants will take place by mid-November, 2020. The Plaintiff has received written discovery responses from Defendant, Complete Labor & Staffing, LLC. However, the Plaintiff continues to await discovery responses from the Defendant, Home Depot U.S.A. Inc. This Court has recently ordered Home Depot to produce said responses. The Plaintiff has received discovery request from Defendant, Complete Labor & Staffing. The Plaintiff has responded to the request for the production of documents and expects Plaintiff's Answers to Complete Labor & Staffing's interrogatories to be forwarded within seven days.

The Plaintiff anticipates disclosing a medical expert to offer an opinion relative to the nature and extent of the Plaintiff's injuries as well as the causal relationship to the subject event. The scheduling order in this case calls for Plaintiff's disclosure of experts by October 15, 2020. However, in light of the delays secondary to the pandemic, the Plaintiff requests an additional sixty-days for disclosure of experts for the Plaintiff until December 15, 2020 and for the Defendant's until January 16, 2021. Furthermore, the parties request all other deadlines be extended by sixty-days.

The parties agree that they will confer following the upcoming depositions to explore the prospect of resolution.

| | |
|---|---|
| Respectfully Submitted,<br>The Plaintiff, Benjamin Garcia, | Respectfully Submitted,<br>The Defendant, Home Depot USA, Inc., |
| By His Attorney, | By Their Attorney, |
| /s/ Steven M. Litner_____<br>James M. Merrigan, BBO No.635354<br>Steven M. Litner, BBO No. 630247<br>**Rawson Merrigan & Litner, LLP**<br>185 Devonshire Street, Suite 1100<br>Boston, MA 02110<br>Ph. (617) 348-0988<br>Fax (617) 348-0989<br>james.merrigan@RML-Lawyers.com<br>Steven.Litner@RML-Lawyers.com | /s/ Paul F. Lynch _____<br>Paul F. Lynch, BBO No.<br>**Sherry, Geller, Cain & Vachereau**<br>10 St. James Ave, 5th Floor<br>Boston, MA 02116<br>Ph. (617) 867-4761<br>Fax (603) 430-5608<br>Paul.Lynch@libertymutual.com |
| Respectfully Submitted,<br>Anthony Scott | Respectfully Submitted,<br>Complete Labor and Staffing, LLC, |
| | By Their Attorney, |
| _____ | /s/Syd A. Saloman_____<br>Syd A. Saloman, BBO No. 645267<br>**Melick & Porter, LLP**<br>One Liberty Square, 7th Floor<br>Boston, MA 02109<br>Ph. (617) 523-6200<br>ssaloman@melicklaw.com |

# AFFIDAVIT OF SERVICE

The undersigned understands that the following counsel of record is registered on the court's ECF system and served upon the below listed attorney of record for each other party by regular mail on **September 30, 2020**. These individuals (1) will receive from the court electronic notification of the filing of the foregoing, **JOINT PROPOSED PRETRIAL SCHEDULE** filed via ECF on January 7, 2020; (2) will have access to this document through the court's website; and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Paul F. Lynch
**Sherry, Geller, Cain & Vachereau**
10 St. James Ave, 5th Floor
Boston, MA 02116
Ph. (617) 867-4761
Paul.Lynch@libertymutual.com
*Attorney for Defendant, Home Depot USA, Inc.*

Syd A. Saloman
**Melick & Porter, LLP**
One Liberty Square, 7th Floor
Boston, MA 02109
Ph. (617) 523-6200
ssaloman@melicklaw.com
*Attorney for Defendant, Complete Labor and Staffing, LLC*

Dated: 9/30/20                           /s/Steven M. Litner_____