UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN GARCIA,<br>    Plaintiff,<br><br>vs.<br><br>ANTHONY SCOTT,<br>COMPLETE LABOR & STAFFING, LLC<br>and HOME DEPOT U.S.A., INC.<br>    Defendants. | C.A. No.: 1:19-cv-11686-GAO |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

The Defendant Complete Labor & Staffing, LLC**,** by its undersigned counsel, certifies pursuant to L.R. 7.1(a)(2) that it has conferred with Plaintiff's counsel in an attempt to resolve or narrow the issues presented in its Motion for Summary Judgment prior to the filing of this Motion.

Respectfully submitted,

COMPLETE LABOR & STAFFING, LLC,
Defendant,
By Its Attorney:

 /s/ *Syd Saloman*
Syd A. Saloman    BBO #645267
ssaloman@melicklaw.com
Melick & Porter, LLP
One Liberty Square
Boston, MA 02109
Phone: 617-523-6200
Direct-dial: 617 502-9643

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2021, I filed a copy of the foregoing by electronic means with the United States District Court for the District of Massachusetts using the CM/ECF system, which will send notification to counsel of record.

                          /s/ *Syd Saloman*
                          Syd A. Saloman