UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BENJAMIN GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 1:19-cv-11686 |
| v. | ) |
| | ) |
| ANTHONY SCOTT, | ) |
| COMPLETE LABOR & STAFFING, LLC, | ) |
| and HOME DEPOT U.S.A., INC., | ) |
| | |
| Defendants. | |

## NOTICE OF SETTLEMENT

With respect to the above-referenced matter, please be advised that a settlement has been reached between the parties. As such, the Plaintiff is requesting a Nisi Order with respect to any scheduled proceedings, so as to allow the proper paperwork to be completed and settlement proceeds distributed. The Plaintiff expects to forward this Court a signed Stipulation of Dismissal with Prejudice within the next forty-five (45) days.

Respectfully Submitted,
The Plaintiff, Benjamin Garcia,
By His Attorney,


/s/ Steven M. Litner
James M. Merrigan, BBO No.635354
Steven M. Litner, BBO No. 630247
**Rawson Merrigan & Litner, LLP**
185 Devonshire Street, Suite 1100
Boston, MA 02110
Ph. (617) 348-0988
Fax (617) 348-0989

# AFFIDAVIT OF SERVICE

The undersigned understands that the following counsel of record is registered on the court's ECF system and served upon the below listed attorney of record for each other party by regular mail on **March 17, 2021**. These individuals (1) will receive from the court electronic notification of the filing of the foregoing, **NOTICE OF SETTLEMENT** filed via ECF on March 17, 2021; (2) will have access to this document through the court's website; and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Paul F. Lynch
**Sherry, Geller, Cain & Vachereau**
10 St. James Ave, 5th Floor
Boston, MA 02116
Ph. (617) 867-4761
Paul.Lynch@libertymutual.com
*Attorney for Defendant, Home Depot USA, Inc.*

Syd A. Saloman
**Melick & Porter, LLP**
One Liberty Square, 7th Floor
Boston, MA 02109
Ph. (617) 523-6200
ssaloman@melicklaw.com
*Attorney for Defendant, Complete Labor and Staffing, LLC*

Dated: 3/17/21                    /s/Steven M. Litner_____