# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

 BENJAMIN GARCIA 
    Plaintiff

  V.        CIVIL ACTION

           NO. 19-11686-GAO

 ANTHONY SCOTT, COMPLETE LABOR & STAFFING, LLC and HOME DEPOT USA 
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

O'TOOLE S.U.S.D.J.

The Court having been advised on  MARCH 17, 2021  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five(45) days if settlement is not consummated.

               By the Court,

 3/17/21           /s/ Paul S. Lyness 
 Date            Deputy Clerk