# UNITED STATES COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **BENJAMIN GARCIA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 1:19-cv-11686 |
| v. | ) |
| | ) |
| **ANTHONY SCOTT,** | ) |
| **COMPLETE LABOR & STAFFING, LLC,** | ) |
| and **HOME DEPOT U.S.A., INC.,** | ) |
| | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed with prejudice and without costs.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| The Plaintiff, Benjamin Garcia, | The Defendant, Home Depot USA, Inc., |
| | |
| By His Attorney, | By Their Attorney, |
| | |
| | |
| /s/ Steven M. Litner | /s/ Paul F. Lynch |
| James M. Merrigan, BBO No.635354 | Paul F. Lynch, BBO No. 546011 |
| Steven M. Litner, BBO No. 630247 | **Sherry, Geller, Cain & Vachereau** |
| **Rawson Merrigan & Litner, LLP** | 10 St. James Ave, 5th Floor |
| 185 Devonshire Street, Suite 1100 | Boston, MA 02116 |
| Boston, MA 02110 | Ph. (617) 867-4761 |
| Ph. (617) 348-0988 | Fax (603) 430-5608 |
| Fax (617) 348-0989 | Paul.Lynch@libertymutual.com |
| james.merrigan@RML-Lawyers.com | |
| Steven.Litner@RML-Lawyers.com | |

| | |
|---|---|
| Respectfully Submitted,<br>Anthony Scott | Respectfully Submitted,<br>Complete Labor and Staffing, LLC,<br><br>By Their Attorney, |
| _____ | \_/s/ Syd. A. Saloman _____<br>Syd A. Saloman, BBO No. 645267<br>**Melick & Porter, LLP**<br>One Liberty Square, 7th Floor<br>Boston, MA 02109<br>Ph. (617) 523-6200<br>ssaloman@melicklaw.com |

# AFFIDAVIT OF SERVICE

The undersigned understands that the following counsel of record is registered on the court's ECF system and served upon the below listed attorney of record for each other party by regular mail on **April 21, 2021**. These individuals (1) will receive from the court electronic notification of the filing of the foregoing, **STIPULATION OF DISMISSAL** filed via ECF on April 21, 2021; (2) will have access to this document through the court's website; and (3) will not receive paper copies of the foregoing from the undersigned upon filing.

Paul F. Lynch
**Sherry, Geller, Cain & Vachereau**
10 St. James Ave, 5th Floor
Boston, MA 02116
Ph. (617) 867-4761
Paul.Lynch@libertymutual.com
*Attorney for Defendant, Home Depot USA, Inc.*

Syd A. Saloman
**Melick & Porter, LLP**
One Liberty Square, 7th Floor
Boston, MA 02109
Ph. (617) 523-6200
ssaloman@melicklaw.com
*Attorney for Defendant, Complete Labor and Staffing, LLC*

Dated: 4/21/21                                         /s/Steven M. Litner_____